IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ANTOINETTE LEE                                                          PLAINTIFF

v.                                    Civil No. 4:23-cv-04054

BURROW TIMBER, LLC., DELTIC TIMBER
CORPORATION, CLARA DEMERY, MARTY
ESTHAY, WALTER FELTON, HOLLY MOUND
LAND COMPANY, TANIYA JOHNSON,
WAYNE MCMURRAY, SUSAN MCCLURE,
ROBERT LATANE MONTAGUE, III,
SCOTT O'BIERNE, CHARLES RAY,
WADE RAY, VANDERBILT MORTGAGE AND
FINANCE, and MICHAEL WHITEHEAD                                         DEFENDANTS

## **ORDER**

The Court previously granted Plaintiff's *in forma pauperis* status.  ECF No. 5.  Before the

Court now is Plaintiff's Motion to Order Service.  ECF No. 8.  On August 30, 2023, the Court held a

hearing to consider this Motion.  Based upon the findings at that hearing, the Court now **GRANTS**

Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on May 16, 2023

(ECF No. 1), a summons issued by the Clerk, and a copy of this order on each Defendant by serving

Defendants at the following addresses.  These are the specific addresses provided by Plaintiff in the

Complaint:

    Burrow Timber, LLC
    409 North Vine St.
    Magnolia, Arkansas 71753

    Deltic Timber Corporation
    1209 Orange Street
    Wilmington, DE 19801

    Clara Demery
    6113 Timberwood Ln.
    Texarkana, AR 71854

Marty Esthay
108 Cove Cir.
Chesapeake, VA 23325

Walter Felton
1478 O'Rear Road
El Dorado, AR 71730

Holly Mound Land Company
12-B Lodge Road
Lewisville, AR 71845

Taniya Johnson
616 East 35th Street
Texarkana, AR 71854

Wayne McMurray
7321 Genoa Road
Texarkana, AR 71854

Susan McClure
110 Lafayette 11
Lewisville, AR 71845

Robert Latane Montague, III
141 Virginia St
Urbanna, VA 23175

Scott O'Bierne
950 Old Oyster Trail
Sugarland, Texas 77478

Charles Ray
1112 Chestnut
Lewisville, AR 71854

Wade Ray
122 Lafayette 11
Lewisville, AR 71845

Vanderbilt Mortgage and Finance
124 West Capitol Avenue Suite 1900
Little Rock, Arkansas 72201

Michael Whitehead
43 Lafayette 225

Taylor, AR 71861

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within

twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue a summons and a USM 285.**

**ENTERED this 7ᵗʰ day of September 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE